IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| In re: | |
| Daniel John Dennis,<br>Amy Beth Dennis, | Case No.: 15-42136<br>Chapter 13 |
| Debtors. | |
| 122 W. Walnut Street<br>Drexel, Missouri 64742<br>SSN: xxx-xx-7120<br>SSN: xxx-xx-8318 | |

## APPLICATION FOR COMPENSATION FOR ATTORNEY FEES TO BE PAID THROUGH THE CHAPTER 13 PLAN

COMES NOW The Sader Law Firm, by and through its undersigned counsel and states that it is the attorney for the Debtor(s) in this Chapter 13 bankruptcy case. Counsel is seeking attorney fees pursuant to FRBP 2016(a) for work incurred on numerous matters from June 21, 2015 through August 20, 2015. In support of this Application, counsel states as follows:

1. The Debtor(s) filed under Chapter 13 on July 28, 2015. An Order Confirming the Chapter 13 Plan has not been entered by the Court.

2. Among the matters counsel has dealt with during the time period referenced above: prepared case for filing.

3. Attached as an exhibit to this Motion is a listing of the dates services were provided and the amounts of time incurred by this firm. In summary, the attached bill consists of the following totals:

    a.    Total hours of attorney Megan D. Dennis billed time –5.25 @ $245.00 per hour = $1,286.25

    b.    Total hours of paralegal Allison M. Buente billed time – 0.00 @ $85.00 per hour = $0.00

    c.    Total hours of paralegal Cynthia L. Palmer billed time – 6.70 @ $95.00 per hour = $636.50

    d.    Total hours of legal assistant Cherylnn L. Guffey billed time - .50 @ $80.00 per hour = $40.00

A copy of the current billing statement reflecting these charges is attached herein as Exhibit "A".

    4.    Counsel for the debtor is requesting compensation for professional services at the following rates:

| Name | Rate |
|---|---|
| Neil S. Sader | $310.00/per hour |
| Bradley D. McCormack | $275.00/per hour |
| Megan D. Dennis | $245.00/per hour |
| Tracy J. Wrisinger | $260.00/per hour |
| Jonah W. Lock | $225.00/per hour |
| Michael J. Wambolt | $260.00/per hour |
| Connie S. Montemayor | $105.00/per hour |
| Cynthia L. Palmer | $95.00/per hour |
| Allison M. Buente | $85.00/per hour |

Counsel for the debtor states this is its standard hourly rate for these types of services. In addition, counsel states that no fees have been charged in association with the preparation of this Fee Application.

5. Counsel states that the following payment(s) (which do not include any of the amounts requested in this Application) have either been made or promised to counsel for services rendered in connection with this case:

Fee Paid Outside:  $1,500.00
Fee Paid in Plan:  $0.00

6. The source of the compensation received has either been from the debtor or debtor's wages.

7. Counsel states that none of the compensation received has been shared with another entity.  Further, there is no agreement or understanding between counsel and any other entity for the sharing of said compensation.

8. Counsel for the debtor(s) indicates that the above services have been completed, and as a result, the debtor(s) remains in Chapter 13 bankruptcy.  Counsel states that the work performed for the debtor has been of substantial benefit to the debtor(s) and the estate, and as a result, requests compensation in the amount of $1,962.75.

WHEREFORE, counsel for the debtor(s) respectfully requests this court allow attorney fees from July 21, 2015 through August 20, 2015 in the amount of $1,962.75 to be paid through the Chapter 13 Plan.

    SADER LAW FIRM, LLC

    By: /s/ *Megan D. Dennis*
        Megan D. Dennis, MO#63536
        2345 Grand Boulevard, Suite 1925
        Kansas City, Missouri 64108

816-561-1818<br>
Fax: 816-561-0818<br>
Direct Dial: 816-595-1808<br>
mdennis@saderlawfirm.com

### *NOTICE OF APPLICATION FOR COMPENSATION*

Any response to the motion must be filed with 21 days of the date of this notice, pursuant to Local rule 9013-1C, with the Clerk of the United States Bankruptcy Court. Parties represented by an attorney shall file electronically at https://ecf.mowb.uscourts.gov. Pro se parties shall mail filings to: United States Bankruptcy Court, Western District of Missouri, 400 East 9th Street, Room 1510, Kansas City, MO 64106. Pursuant to 9013-1D, responses shall address the merits of the motion and, if applicable, set out actions to remedy the particular problem. The Court will serve such response electronically on the Trustee, debtor's attorney and all other parties to the case who have registered for electronic filing. Respondent shall serve all parties who are not served electronically.

If a response is timely filed, a hearing will be held on a date and time determined by the Court. Notice of such hearing will be provided to all parties in interest. If no response is filed within 21 days, the Court will enter an order.

For information about electronic filing go to www.mow.uscourts.gov or call the Court's HELP line at 1-800-466-9302.

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Application for Compensation for Attorney Fees to be Paid through the Chapter 13 Plan was served, in addition to the parties notified by US Bankruptcy Court's electronic notification, upon the debtor and creditors requesting service but not receiving electronic notice on this 24th day of August, 2015.

/s/ <i>Megan D. Dennis</i><br>
Megan D. Dennis, Attorney

s:\bankruptcycurrent\post confirmation fees\2015\august\mdd\applicationforcompensation - dennis.docx

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0866-4<br>Case 15-42136-drd13<br>Western District of Missouri<br>Kansas City<br>Mon Aug 24 10:30:00 CDT 2015 | BANK OF THE WEST<br>2527 CAMINO RAMON<br>SAN RAMON CA 94583-4213 | Bank of America<br>1800 Tapo Canyon Rd<br>Simi Valley CA 93063-6712 |
| Bank of the West<br>PO Box 4024<br>Alameda CA 94501-0424 | Belton Regional Medical Center<br>PO Box 13620<br>Richmond VA 23225-8620 | CMC Central Billing<br>c/o Kansas Counselors of KC<br>PO Box 14765<br>Shawnee Mission KS 66285-4765 |
| College Park Family Care Ctr<br>Commerce Plaza II<br>7400 W. 110th Street, Ste. 600<br>Overland Park KS 66210-2360 | Convergent Outsourcing<br>800 SW St.<br>PO Bo 904<br>Renton WA 98057-0904 | Dan or Sheri Dennis<br>329 Hwy 2945<br>Cisco TX 76437-6123 |
| Dana or Laura Stiles<br>30809 Southfork Dr.<br>Drexel MO 64742-9235 | Dish Network<br>PO Box 94063<br>Palatine IL 60094-4063 | Drexel Veterinary Clinic<br>104 E. Bates St.<br>Drexel MO 64742-8325 |
| Fairpoint Community<br>c/o Credit Solutions<br>5454 Ruffin Rd.<br>San Diego CA 92123-1313 | (p)FOCUSED RECOVERY SOLUTIONS<br>9701 METROPOLITAN COURT<br>STE B<br>RICHMOND VA 23236-3690 | Ford Motor Credit<br>PO Box 152271<br>Irving TX 75015-2271 |
| (p)FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 | Ford Motor Credit Company LLC<br>c/o Martin, Leigh, Laws & Fritzlen, P.C.<br>Melinda J. Maune<br>16305 Swingley Ridge Road, Suite 350<br>Chesterfield, MO 63017-1803 | Kristi Adair<br>1300 Locust Street<br>Suite A<br>Harrisonville MO 64701-1366 |
| Marine One Acceptance Corp.<br>5000 Quorum Dr.<br>Suite 200<br>Dallas TX 75254-7405 | RSH & Associates LLC<br>PO Box 14515<br>Lenexa KS 66285-4515 | Sprint<br>Attn: Bankruptcy Dept.<br>PO Box 7951<br>Overland Park KS 66207-0951 |
| Virtuoso Services<br>4500 Cherry Creek South Drive<br>Suite 300<br>Denver CO 80246-1531 | Amy Beth Dennis<br>122 W. Walnut St.<br>Drexel, MO 64742-2500 | Daniel John Dennis<br>122 W. Walnut St.<br>Drexel, MO 64742-2500 |
| Megan D Dennis<br>The Sader Law Firm<br>2345 Grand Boulevard, Suite 1925<br>Kansas City, MO 64108-2674 | Richard Fink<br>Suite 1200<br>2345 Grand Blvd.<br>Kansas City, MO 64108-0001 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Focused Recovery Solutions           Ford Motor Credit Company LLC
9701 Metropolitan Ct Ste B           Dept  55953
North Chesterfield VA 23236-0000     P O Box 55000
                                     Detroit  Mi, 48255-0953
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Ford Motor Credit Company LLC            End of Label Matrix
                                            Mailable recipients    25
                                            Bypassed recipients     1
                                            Total                  26
```

**The Sader Law Firm**
ATTORNEYS AT LAW

2345 Grand Boulevard, Suite 1925
Kansas City, MO 64108
www.saderlawfirm.com
816-561-1818
816-561-0818

Mr. Daniel John Dennis
Mrs. Amy Beth Dennis
122 W. Walnut Street
Drexel, MO 64742

August 20, 2015

RE: Chapter 13 Attorney Fees
Case No. 15-42136
Filed: July 28, 2015
Confirmed:
SSN: xxx-xx-7120
SSN: xxx-xx-8318

Invoice #   23774

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 7/8/2015 | MDD | Initial appointment with clients; drafted retainer agreement (no charge); initial review of packet, requested documents, Statement of Financial Affairs questions. | 0.50 | 122.50 |
|  | CAP | Prepare credit report. | 0.30 | 28.50 |
|  | CLG | Opened a new Chapter 13 Bankruptcy case for MDD. | 0.50 | 40.00 |
| 7/9/2015 | CAP | Work on draft of Petition and Schedules. | 2.80 | 266.00 |
| 7/10/2015 | CAP | Work on draft of Petition and Schedules. | 1.20 | 114.00 |

Mr. Daniel John Dennis                                                                                         Page      2

|            |     |                                                                                                                   | Hours | Amount    |
|------------|-----|-------------------------------------------------------------------------------------------------------------------|-------|-----------|
| 7/13/2015  | CAP | Work on draft of Petition and Schedules                                                                           | 1.20  | NO CHARGE |
| 7/15/2015  | CAP | Work on revisions to Petition and Schedules                                                                       | 0.60  | 57.00     |
| 7/22/2015  | CAP | Create client's electronic document files; redact paystubs and tax returns; revise Schedule I                     | 1.20  | 114.00    |
| 7/23/2015  | MDD | Emails to & from client re: paystub still needed                                                                  | 0.20  | 49.00     |
| 7/26/2015  | MDD | Reviewed and revised Petition, Schedules, Statement of Financial Affairs; drafted Affidavit re: Income; drafted Chapter 13 Plan | 2.00  | 490.00    |
| 7/28/2015  | MDD | Meeting with client to finalize filing                                                                            | 0.50  | 122.50    |
|            | CAP | Draft 341 Meeting letter to clients                                                                               | 0.30  | 28.50     |
| 7/29/2015  | MDD | Email to client re: creditor contact                                                                              | 0.20  | 49.00     |
| 7/30/2015  | CAP | Draft Trustee payment letter to clients                                                                           | 0.30  | 28.50     |
| 7/31/2015  | MDD | Call from Ford re: valuation of vehicle                                                                           | 0.20  | 49.00     |
| 8/3/2015   | MDD | Receipt & review of letter from Trustee re: future taxes and drafted explanatory email to clients re: same        | 0.20  | 49.00     |
| 8/6/2015   | MDD | Receipt and review of Proof of Claim 1 of Ford                                                                    | 0.20  | 49.00     |
| 8/7/2015   | MDD | Receipt and review of Proof of Claim 2 of Bank of the West                                                        | 0.20  | 49.00     |
| 8/12/2015  | MDD | Receipt & review of Ford Motion for Relief                                                                        | 0.25  | 61.25     |
| 8/14/2015  | MDD | Receipt & review of Trustee's Motion to Deny Confirmation and drafted emails to client re: same                   | 0.30  | 73.50     |

Mr. Daniel John Dennis                                                                                          Page        3

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 8/17/2015 | MDD | Drafted Objection to Claim 1 of Ford | 0.25 | 61.25 |
| 8/18/2015 | MDD | Receipt & review of Proof of Claim 3 of Ford and drafted email to client re: same | 0.25 | 61.25 |
|  |  | For professional services rendered | 13.65 | $1,962.75 |
|  |  | Previous balance |  | ($1,500.00) |
|  |  | Balance due |  | $462.75 |

|  |  |  |
|---|---|---|
|  | Previous balance of Trust Account | $359.00 |
| 7/28/2015 | Filing Fee | ($310.00) |
|  | New balance of Trust Account | $49.00 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Cherylnn L. Guffey | 0.50 | 80.00 | $40.00 |
| Cynthia L. Palmer | 6.70 | 95.00 | $636.50 |
| Megan D. Dennis | 5.25 | 245.00 | $1,286.25 |